| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 1/3/12 |

------------------------------------- x

IBRAHIM NIYAZI BODUR, :

           Plaintiff, :     11 Civ. 3475 (AJP)

      -against- :     **ORDER OF DISMISSAL ON CONSENT**

PALISADES COLLECTION, LLC & PRESSLER :
AND PRESSLER, LLP,
                             :

           Defendants.
                             :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        The parties having informed the Court that they have reached an executed settlement agreement, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:    New York, New York
               January 3, 2012

                                                              Andrew J. Peck
                                                             United States Magistrate Judge

Copies **by ECF** to:    All Counsel